# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VICTOR L. DERAN,<br><br>　　　　　Defendant. | NO. CR03-247-RSL<br><br>SUMMARY REPORT OF<br>U.S. MAGISTRATE JUDGE AS<br>TO ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An evidentiary hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on February 24, 2009. The United States was represented by Assistant United States Attorney Bruce Miyake, and the defendant by Paula S. Deutsch. The proceedings were digitally recorded.

The defendant had been charged and convicted of Conspiracy to Steal and Sell Firearms, in violation of 18 U.S.C. § 371, and Theft of Firearms from a Federal Firearms Licensee, in violation of 18 U.S.C. § 2 and 922(u). On or about October 25, 2004, defendant was sentenced by the Honorable Robert S. Lasnik to a term of forty-six (46) months in custody, to be followed by three (3) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, substance abuse program, financial

disclosure, $22,460 restitution, submit to search, no new credit/loans, employment restrictions, and personal identification restrictions.

In a Petition for Warrant or Summons, dated May 1, 2008, U.S. Probation Officer Thomas J. Fitzgerald asserted the following violations by defendant of the conditions of his supervised release:

(1) Consuming methamphetamine on or before January 16, 2008, in violation of standard condition number seven of his supervised release.

(2) Consuming methamphetamine and Vicodin on or before March 17, 2008, in violation of standard condition seven of his supervised release.

(3) Committing the crime of attempted residential burglary on or about April 6, 2008, in violation of the mandatory condition of supervised release that he not commit another federal, state or local crime.

(4) Possessing drug paraphernalia on or about April 6, 2008, in violation of standard condition number seven of his supervised release.

On February 17, 2009, defendant made his initial appearance. The defendant was advised of the allegations and advised of his rights. On February 24, 2009, defendant appeared for an evidentiary hearing on the alleged violations. Defendant admitted to violations 1, 2, 3 and 4.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations 1, 2, 3 and 4, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable Robert S. Lasnik on March 3, 2009 at 8:30 a.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 24th day of February, 2009.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2

cc: District Judge: Honorable Robert S. Lasnik
AUSA: Mr. Bruce Miyake
Defendant's attorney: Ms. Paula S. Deutsch
Probation officer: Mr. Thomas J. Fitzgerald

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 3